**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
3600 American River Drive, Suite 145
Sacramento, California 95864-5997
Telephone: (916) 488-1000/FAX (916) 488-3269

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER, <br><br> Plaintiffs, <br><br> -vs- <br><br> LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive, <br><br> Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH <br><br> **ORDER CONTINUING EXPERT DISCLOSURE DATES IN STATUS (PRE-TRIAL SCHEDULING) ORDER** |

Based on the stipulation of the parties, and for good cause appearing:

IT IS HEREBY ORDERED that the Status (Pre-Trial Scheduling) Order issued on August 1, 2006 is modified as follows:

1. The date for disclosure of experts and production of reports in accordance with Fed.R.Civ.P. 26(a)(2) is changed from October 6, 2006 to January 31, 2007; and

2. The date for disclosure of experts intended solely for rebuttal is changed from October 27, 2006 to February 21, 2007.

Dated: Aug. 16, 2006

GREGORY G. HOLLOWS
MAGISTRATE JUDGE GREGORY G. HOLLOWS

O:\CLIENTS\LOUISVILLE LADDER\LAWRENCE\PLEADING\ORDER RE EXPERT DISCLOSURE.doc