IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON LAWRENCE, et al.,

      Plaintiffs,                      No. CIV S-06-1023 WBS GGH

      vs.

LOUISVILLE LADDER, INC.,

      Defendants.                 <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for January 4, 2007 was defendants' motion to compel discovery. Cliff Carter appeared for plaintiffs. Brian Englund appeared for defendants. After hearing, the court issues the following order.

        This case was removed to this court on May 10, 2006. It concerns plaintiffs' allegations of personal injuries sustained when he fell from an extension ladder used in his employment and sustained brain injuries. Defendant Louisville Ladder is the manufacturer of the ladder.

        The instant motion, brought by defendants, seeks to compel plaintiff Lawrence to attend his deposition, respond to the request for production of documents, and undergo two examinations. Plaintiffs are currently seeking to delay this discovery because their attorney is moving to withdraw as counsel, and they wish to have new counsel before proceeding.

        The current scheduling order dictates that discovery cutoff is March 30, 2007,

1

with expert disclosure and reports due by January 31, 2007, and rebuttal reports due on February 21, 2007.[1] The hearing on counsel's motion to withdraw as counsel is set to be heard on February 5, 2007.

The parties have proposed changes to the scheduling order which will not impact the pretrial conference or trial dates of July 16, 2007 and September 18, 2007, respectively. The court approves those changes predicated upon the agreement of the parties concerning dispositive motions.

Accordingly, IT IS ORDERED that:

1. Defendants' motion to compel, filed December 6, 2006, is granted.

2. Plaintiff shall comply with the discovery requests at issue in this motion by February 28, 2007.

3. Expert disclosures and reports shall be produced by March 31, 2007.

4. Rebuttal experts and their reports shall be produced by April 13, 2007.

5. Discovery shall be completed by April 30, 2007.

6. No dispositive motions shall be filed unless the district judge extends the pretrial and trial dates.

DATED: 1/8/07                    /s/ Gregory G. Hollows
                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

GGH:076
lawrence1023.ord.wpd

---

[1] These dates were already extended once previously by the undersigned.