| | |
|---|---|
| 1  CLAYEO C. ARNOLD<br>   A Professional Corporation<br>2  Clayeo C. Arnold, SBN 65070<br>   Clifford L. Carter, SBN 149621<br>3  Matthew P. Donahue, SBN 155080<br>   608 UNIVERSITY AVENUE<br>4  SACRAMENTO, CA 95825<br>   Tel: (916) 924-3100<br>5  Fax: (916) 924-1829<br>6  Attorneys for Plaintiffs,<br>   DON LAWRENCE and<br>7  MICHELLE KRUEGER | **FILED**<br>FEB - 5 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISVILLE LADDER, INC., and DOES 1-25, Inclusive<br><br>Defendant.<br>_____ / | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>SUBSTITUTION OF ATTORNEY; ORDER |

TO THE COURT AND ALL PARTIES:

NOTICE IS HEREBY GIVEN THAT plaintiffs DON LAWRENCE and MICHELLE KRUEGER make the following substitution:

1. **Former legal representative:** Matthew P. Donahue, Esq., CLAYEO C. ARNOLD, A Professional Corporation.

2. **New Legal Representative:** Paul J. Wagstaffe, Esq., State Bar No. 120398, VANTASSELL, FORNASERO & WAGSTAFFE, LLP, 917 G Street, Sacramento, California 95814; telephone (916) 444-8633.

3. The parties making this substitution are **plaintiffs**.

///

Substitution of Attorney; Order

4. I consent to this substitution.

Date: February 5, 2007

_____
DON LAWRENCE, Plaintiff

Date: February 5, 2007

_____
MICHELLE KRUEGER, Plaintiff

5. I consent to this substitution.

Date: February 2, 2007

CLAYEO C. ARNOLD
A Professional Corporation

By _____
CLIFFORD L. CARTER
(Former Attorney)

6. I consent to this substitution.

Date: February 5, 2007

VANTASSELL, FORNASERO
& WAGSTAFFE

By _____
PAUL J. WAGSTAFFE
(New Attorney)

**SO ORDERED.**

Date: February 5, 2007

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN DISTRICT
OF CALIFORNIA

Substitution of Attorney; Order