1 **HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
2 Brian M. Englund, CSB#00753
3600 American River Drive, Suite 145
3 Sacramento, California 95864-5997
Telephone: (916) 488-1000/FAX (916) 488-3269
4
Attorneys for Defendant
5 LOUISVILLE LADDER, INC.

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  DON LAWRENCE and MICHELLE KRUEGER, | ) CASE NO. 2:06-CV-01023-WBS-GGH ) |
| 12                       Plaintiffs, | ) **STIPULATION TO MODIFY SCHEDULING ORDER TO PERMIT TESTING OF ACCIDENT LADDER; ORDER** |
| 13   -vs- | ) |
| 14  LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive, | ) **DATE:**   April 30, 2007 ) **TIME:**   1:30 P.M. ) **JUDGE:** WILLIAM B. SHUBB              COURTROOM 5 |
| 16                       Defendants. | ) |

17
    On March 27, 2007, Defendant, LOUISVILLE LADDER, INC. filed its Motion to
18
Modify Scheduling Order to Permit Testing of Accident Ladder, and to Compel Plaintiff to
19
Produce Ladder for Testing.  Since then, the parties have reached the following
20
agreement with respect to testing of the accident ladder, subject to the Court's approval ,
21
which would resolve the pending motion.
22
    1.    The accident ladder shall be tested according to the proposed testing
23
protocol submitted with defendant's motion, with the modifications requested by plaintiff in
24
its response to defendant's motion, except that there will not be microscopic examination
25
of the failed ladder.
27

28

1
**STIPULATION TO MODIFY SCHEDULING ORDER**
PDF created with pdfFactory trial version www.pdffactory.com

2.    The testing shall be done at Anamet Labs, in Hayward, California. The parties' experts shall be allowed to observe the testing. The costs charged by the lab for the testing will be paid half by plaintiff and half by defendant.

3.  Dr. Read and Dr. Quan shall be allowed to supplement their Rule 26 expert reports to reflect the results and effects of this testing, within fifteen (15) days of the completion of the testing.

4.    The expert witness depositions of Dr. Read and Dr. Quan may be taken promptly thereafter, and the parties will cooperate in scheduling. The parties anticipate that these depositions will be completed by May 31, 2007.

Dated:   4/20/07         HENNELLY & GROSSFELD LLP

By:  /s/
    Kenneth B. Grossfeld
    Attorneys for Defendant
    LOUISVILLE LADDER, INC.

Dated:   4/23/07         VANTASSELL, FORNASERO, &
    WAGSTAFFE, LLP

By:  /s/
    Paul J. Wagstaffe
    Attorneys for Plaintiffs
    DON LAWRENCE and
    MICHELLE KRUEGER

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: April 25, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO MODIFY SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
**STIPULATION TO MODIFY SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Court: | United States District Court, Eastern District of California |
| Case No.: | 2:06-CV-01023-WBS-GGH |
| Case Title: | Don Lawrence, et al. v. Louisville Ladder, Inc., et al. |

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 3600 American River Drive, Suite 145, Sacramento, California 95864-5997.

On April 24, 2007, I served the following:

**STIPULATION TO MODIFY SCHEDULING ORDER
TO PERMIT TESTING OF ACCIDENT LADDER; ORDER**

on the parties listed below in said action by:

_X_  **(By U.S. Mail)** by placing true copies thereof enclosed in a sealed envelope with first-class postage fully prepaid, in the United States mail at Sacramento, California, addressed as follows:

___  **(Personal Service)** by personally delivering the documents listed above to the persons listed below:

___  **(By Facsimile)** by transmitting by facsimile to the number listed below before 5:00 p.m.

| | |
|---|---|
| PAUL J. WAGSTAFFE, ESQ.<br>VANTASSELL, FORNASERO &<br>WAGSTAFFE, LLP<br>917 G STREET<br>SACRAMENTO, CA 95814-1899<br>TELEPHONE: (916)444-8633<br>FAX: (916)444-2981 | Attorneys for Plaintiffs<br>DON LAWRENCE and MICHELLE KRUEGER |
| Anthony G. Arlen<br>State Compensation Insurance Fund<br>P.O. Box 659000<br>Sacramento, CA 95865-9000<br>Telephone: (916) 570-5800<br>Facsimile: (916) 570-5810 | Attorney for Lien Claimant<br>STATE COMPENSATION INSURANCE FUND |

_X_  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _____, at Sacramento, California.

_____
DEBORAH L. SILVA

4
**STIPULATION TO MODIFY SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com