**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
3600 American River Drive, Suite 145
Sacramento, California 95864-5997
Telephone: (916) 488-1000/FAX (916) 488-3269

Attorneys for Defendant
LOUISVILLE LADDER, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>　　　　Plaintiffs,<br><br>　-vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**ORDER MODIFYING PRETRIAL ORDER**<br><br>Trial : September 18, 2007 |

On August 15, 2007, defendant Louisville Ladder, Inc. filed a Request to Modify Pretrial Order to add additional exhibits to defendant's list of trial exhibits attached as Exhibit "D" to the Pretrial Order of July 31, 2007. It appearing that defendant's counsel has made a good faith effort to obtain the agreement of plaintiff's counsel but was unable to contact plaintiff's counsel because plaintiff's counsel is out of town until August 28, 2007, good cause having been shown, defendant's request is GRANTED, and the following exhibits shall be deemed incorporated into Exhibit "D" of the Pretrial Order:

Contained in Supplemental Report of August 7, 2007

　　1.　Table summarizing results of material testing (4 pages).

　　2.　Diagram entitled "Accident Configuration – Per Mr. Black."

3. Diagram with photograph of Rail Cross Section.

4. Videotape of July 24, 2007 testing at Anamet.

<u>Additional Items In Response to Dr. Read's supplemental Rule 26 Report</u>

1. Excerpt from ANSI A14.5 giving minimum material properties.

2. Diagram entitled "Flexure Testing."

3. Diagram entitled "Compression Testing."

4. Diagram entitled "Tensile Testing."

5. Tables summarizing exemplar ladder testing.

6. Diagram entitled "Unsafe Ladder Practices."

7. Diagram entitled "Ladder Foot Spike Loading."

8. Diagram entitled "Window Frame."

9. Diagram entitled "Glass Testing."

10. Diagram entitled "Rail Cross Section Comparison – Louisville & Werner."

11. Photographs taken by Anamet of rail cross section.

12. Photograph showing bending overload failure of aluminum ladder.

13. Photographs taken by Quan of testing at Anamet on July 24, 2007 (94 photographs).

14. ANSI A14.5-2000 entitled "American National Standard for Ladders – Portable Reinforced Plastic – Safety Requirements.

15. Videotape of Glass Testing.

16. Model of wall.

17. Model of Ladder.

18. Aluminum weight with hook.

19. Samples of fiberglass from rail pulltrusion process.

DATED: August 20, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE