**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
3600 American River Drive, Suite 145
Sacramento, California 95864-5997
Telephone: (916) 488-1000/FAX (916) 488-3269

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>         Plaintiffs,<br><br>-vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>         Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**ORDER GRANTING LEAVE FOR DEFENDANT TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE**<br><br>Settlement Conference: August 30, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Morrison C. England, Jr.<br>Trial : September 18, 2007 |

Based on defendant's application for leave to appear by telephone at the settlement conference set for August 30, 2007 at 2:00 p.m., and for good cause shown, it is hereby ORDERED that defendant Louisville Ladder, Inc. may have a representative appear by telephone at the settlement conference. Defendant's representative shall be Don Gibson, Vice President of Engineering, at (502)314-8079. Mr. Gibson shall be available at that number during the entire time the settlement conference is in process.

DATED: August 21, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

1
**ORDER GRANTING DEFENDANT LEAVE TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE**