1 | **HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
3600 American River Drive, Suite 145
Sacramento, California 95864-5997
Telephone: (916) 488-1000/Facsimile: (916) 488-3269
E-mail: hgsac@aol.com

Attorneys for Defendant
LOUISVILLE LADDER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>　　　　　　Plaintiffs,<br><br>　　-vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND ORDER FOR TRIAL DATE** |

The parties stipulate that a jury trial in this action may be reset to **commence April 22, 2008 at 9:00 a.m.**

All pre-trial deadlines included in the Pretrial Order that had not yet occurred as of September 7, 2007, when the original trial date was vacated, shall be based on the new trial date.

Dated:  9/13/07                    HENNELLY & GROSSFELD LLP


By: ___/s/_____
　　Kenneth B. Grossfeld
　　Attorneys for Defendant
　　LOUISVILLE LADDER, INC.

1  Dated: 9/14/07                    Van Tassell, Fornasero & Wagstaffe, LLP

2

3                                    By: /s/_____
                                         Paul J. Wagstaffe
4                                        Attorney for Plaintiffs
                                         DONALD LAWRENCE and MICHELLE
5                                        KRUEGER

6

7  It is so ORDERED.

8

9  Dated: September 17, 2007

10

11                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE