**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
11335 Gold Express Drive, Suite 145
Gold River, California 95864-5997
Telephone: (916) 488-1000/FAX (916) 488-3269

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>　　　　　　　Plaintiffs,<br><br>-vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE**<br><br>**Trial Date: April 22, 2008** |

　　　　Based on the representation of defendant's lead trial counsel that he recently learned that he will necessarily be unavailable, for medical reasons, during the time that this case is now set for trial, the parties stipulate that the present trial date of April 22, 2008 may be vacated, with a status conference set for July 14, 2008, at 2:00 p.m., in order to select a new trial date.

Dated: _____　　　　HENNELLY & GROSSFELD LLP

　　　　　　　　　　　　　　　　　　　　By: __/s/_____
　　　　　　　　　　　　　　　　　　　　　　Brian M. Englund
　　　　　　　　　　　　　　　　　　　　　　11335 Gold Express Drive, Suite 145
　　　　　　　　　　　　　　　　　　　　　　Gold River, CA  95670
　　　　　　　　　　　　　　　　　　　　　　benglund@hgla.com
　　　　　　　　　　　　　　　　　　　　　　(916)638-8600

1
**STIPULATION AND ORDER VACATING TRIAL DATE**

| | | |
|---|---|---|
|1| Dated: _____ | VANTASSELL, FORNASERO, & |
|2| | WAGSTAFFE, LLP |

By:  /s/
Paul J. Wagstaffe
917 G Street
Sacramento, CA  95814
pjwagstaffe@sbcglobal.net
(916)444-8633

## ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: March 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION AND ORDER VACATING TRIAL DATE**