| | |
|---|---|
| 1 | **HENNELLY & GROSSFELD LLP** |
| | Kenneth B. Grossfeld, CSB#110641 |
| 2 | Brian M. Englund, CSB#00753 |
| | 11335 Gold Express Drive, Suite 145 |
| 3 | Gold River, California 95864-5997 |
| | Telephone: (916) 488-1000/FAX (916) 488-3269 |
| 4 | |
| | Attorneys for Defendant |
| 5 | LOUISVILLE LADDER, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON LAWRENCE and MICHELLE KRUEGER, | ) | CASE NO. 2:06-CV-01023-WBS-GGH |
| | ) | **STIPULATION AND ORDER** |
| Plaintiffs, | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| -vs- | ) | **Status Conference: July 14, 2008** |
| | ) | |
| LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the representation of defendant's lead trial counsel that he recently learned that he will necessarily be unavailable, for medical reasons, through September 2008, the parties stipulate that the status conference of July 14, 2008 may be continued to October 20, 2008, at 2:00 p.m.

Dated:   __7-11-08_____    HENNELLY & GROSSFELD LLP


By:___/s/_____
   Brian M. Englund
   11335 Gold Express Drive, Suite 145
   Gold River, CA  95670
   benglund@hgla.com
   (916)638-8600

---
1
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Dated:   7-9-08                     VANTASSELL, FORNASERO, & |
| 2 |         WAGSTAFFE, LLP |

Dated:   7-9-08                                         VANTASSELL, FORNASERO, &
                                                                             WAGSTAFFE, LLP


By:   /s/                                                       
         Paul J. Wagstaffe
         917 G Street
         Sacramento, CA  95814
         pjwagstaffe@sbcglobal.net
         (916)444-8633

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: July 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com