**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>            Plaintiffs,<br><br>    -vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>            Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |

The parties stipulate as follows:

1. Pursuant to the Minute Order of November 26, 2008, a jury trial date has been reset for April 21, 2009, at 9:00 a.m., in Courtroom 5, before Hon. William B. Shubb. The parties estimate a 10 day trial. All pre-trial deadlines included in the Pretrial Order that had not already occurred as of September 7, 2007, when the original trial date was vacated, will be based on the new trial date.

2. Defendant may substitute an expert witness on Exhibit B of the Pretrial Order of July 31, 2007. Tom Schmitt, Vice President of Engineering, shall be substituted for Don Gibson and Lori Bremick. If required, defendant shall provide expert witness disclosure and information no later than December 21, 2008. Upon proper notice, plaintiffs may take the deposition of Mr. Schmitt in Louisville, Kentucky, in person or by teleconference or

1  videoconference on a date mutually agreeable to all parties but no later than January 13,
2  2009.
3       3.    The parties have filed motions in limine.  The parties may also want to make
4  Daubert objections to certain expert testimony.  Any such Daubert objections shall be filed
5  as motions in limine no later than January 20, 2009.  Any oppositions to the pending
6  motions in limine or Daubert objections shall be filed and served by February 3, 2009.  Any
7  replies shall be filed and served by February 6, 2009.  The motions in limine, including any
8  Daubert objections, will be heard on the Court's regular law and motion calendar, on
9  February 17, 2009, at 2:00 p.m.

HENNELLY & GROSSFELD LLP

Dated:   December _3_, 2008        By:___/s/_____
                                       Kenneth B. Grossfeld
                                       Attorneys for Defendant
                                       LOUISVILLE LADDER, INC.


Van Tassell, Fornasero & Wagstaffe, LLP


Dated:   December _3_, 2008        By:___/s/_____
                                       Paul J. Wagstaffe
                                       Attorneys for Plaintiffs
                                       DONALD LAWRENCE and
                                       MICHELLE KRUEGER

IT IS SO ORDERED.

Dated: December 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND PROPOSED ORDER**