**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>         Plaintiffs,<br><br>     -vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>         Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

The parties stipulate as follows:

The Stipulated Order of December 3, 2008 may be amended so that any oppositions to the pending motions in limine or Daubert objections shall be filed and served by February 9, 2009. Any replies shall be filed and served by February 13, 2009. The motions in limine, including any Daubert objections, will be heard on the Court's regular law and motion calendar, on March 2, 2009, at 2:00 p.m.

HENNELLY & GROSSFELD LLP

Dated: February 3, 2009         By:           /S/
                                    Brian M. Englund
                                    Attorneys for Defendant
                                    LOUISVILLE LADDER, INC.


Van Tassell, Fornasero & Wagstaffe, LLP


Dated: February 3, 2009         By:           /S/
                                    Paul J. Wagstaffe
                                    Attorneys for Plaintiffs
                                    DONALD LAWRENCE and
                                    MICHELLE KRUEGER

ORDER

Pursuant to the foregoing stipulation, the Stipulated Order of December 3, 2008 is amended so that any oppositions to the pending motions in limine or Daubert objections shall be filed and served by February 9, 2009. Any replies shall be filed and served by February 13, 2009. Upon further consideration, however, all Daubert objections will be dealt with during trial, pursuant to the procedure set forth in paragraph XIII of the Pretrial Order filed August 1, 2007. All motions in limine which the court determines must be decided before trial rather than in the customary manner during trial will be addressed at trial, either before or after the jury has been selected.

Dated: February 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE