Paul J. Wagstaffe (SBN 120398)
**VANTASSELL, FORNASERO & WAGSTAFFE, LLP**
2625 Fair Oaks Boulevard, Suite 7
Sacramento, California 95864
Telephone:  (916) 444-8663
Facsimile:   (916) 488-8957

Attorney for Plaintiff(s)
Don Lawrence and Michelle Krueger

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE AND MICHELLE KRUEGER,<br><br>            Plaintiff(s),<br><br>      v.<br><br>LOUISVILLE LADDER, INC., AND DOES 1-25 Inclusive,<br><br>            Defendants. | Case No.:  2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

The parties stipulate as follows:

The Stipulated Order filed on February 9, 2009, may be amended so that any oppositions to the pending motions in limine or Daubert objections shall be filed and served by February 17, 2009.  Any replies shall be filed and served by February 24, 2009.  The motions in limine, including any Daubert objections, will be heard pursuant to the Court's Order filed February 9, 2009.

                                                                        VanTASSELL, FORNASERO & WAGSTAFFE, LLP

Dated:  February 9, 2009                              _____/S/_____
                                                                        Paul J. Wagstaffe
                                                                        Attorneys for Plaintiffs
                                                                        DON LAWRENCE AND
                                                                        MICHELLE KRUEGER

**1**

**STIPULATION [AND PROPOSED] ORDER**                    Lawrence, et al. v. Louisville Ladder, et al.

                                          HENNELLY & GROSSFELD, LLP

Dated:  February 9, 2009                        /S/
                                          Brian M. Englund
                                          Attorneys for Defendant
                                          LOUISVILLE LADDER, INC.

## **ORDER**

      Pursuant to the foregoing stipulation, the Stipulated Order of February 9, 2009, is amended so that any oppositions to the pending motions in limine or Daubert objections shall be filed and served by February 17, 2009.  Any replies shall be filed and served by February 24, 2009.  All Daubert motions and motions in limine will be heard pursuant to the procedure set forth in the Order filed February 9, 2009.

Dated:  February 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**2**

**STIPULATION [AND PROPOSED] ORDER**                            **Lawrence, et al. v. Louisville Ladder, et al.**