**HENNELLY & GROSSFELD LLP**
Kenneth B. Grossfeld, CSB#110641
Brian M. Englund, CSB#00753
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone: (916) 638-8600/Facsimile: (916) 638-8770
E-mail: kgrossfeld@hgla.com

Attorneys for Defendant
LOUISVILLE LADDER, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAWRENCE and MICHELLE KRUEGER,<br><br>Plaintiffs,<br><br>-vs-<br><br>LOUISVILLE LADDER, INC. and DOES 1-25, Inclusive,<br><br>Defendants. | CASE NO. 2:06-CV-01023-WBS-GGH<br><br>**STIPULATION AND ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE**<br><br>Trial Date: April 21, 2009 |

The parties request that the Court take the trial date off calendar and set this matter for a status conference, in approximately 30 days, based on the following:

1. The parties appear to be close to a settlement but require additional time to resolve certain details; and

2. Defendants' lead trial counsel was required to undergo emergency surgery on March 25, 2009, and his expected recovery time is four to six weeks. Based on events in the next few days, he may require additional surgery this month.

HENNELLY & GROSSFELD LLP

Dated: April 8, 2009          By:       /s/
                                    Kenneth B. Grossfeld
                                    Attorneys for Defendant
                                    LOUISVILLE LADDER, INC.

1
**STIPULATION AND PROPOSED ORDER**

Van Tassell, Fornasero & Wagstaffe, LLP

Dated: April 9, 2009      By:          /s/
                              Paul J. Wagstaffe
                              Attorneys for Plaintiffs
                              DONALD LAWRENCE and
                              MICHELLE KRUEGER

## ORDER

Pursuant to the foregoing stipulation, this matter is hereby ordered dropped from the trial calendar, and the matter is set for status conference on May 18, 2009, at 2:00 p.m. The parties shall file a joint status report no later than May 11, 2009.

Dated: April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE